IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KENNETH COLLATT                                                                                     PLAINTIFF

vs.                                            CASE NO. **4:05CV1361GH**

JO ANNE B. BARNHART,                                                                         DEFENDANT
Commissioner, Social Security
Administration

## **JUDGMENT**

Pursuant to the Order entered this date, the Court reverses the decision of the Commissioner and remands the case to the Commissioner with instructions to conduct further proceedings consistent with this Order. This is a sentence-four remand.

IT IS SO ORDERED this 21st day of February, 2007.

_____
UNITED STATES DISTRICT JUDGE